## SMITH and others *against* WELLS and others.

FOOT, for the defendants, moved for judgment, as in case of nonsuit, for not proceeding to trial in this cause.

*Woods*, contra, read an affidavit, stating, that a default had been entered in the cause, for want of a plea. It appeared that after a copy of the plea had been delivered, the plaintiff's attorney searched the clerk's office, and finding no plea on file, he entered a default, for want of a plea. He cited 3 *Caines's Rep.* 107.

*Per Curiam.* The motion must be granted, unless the plaintiff enters into the usual stipulation. The attorney is to be governed by the pleadings delivered to him, and is not to search the clerk's office. The plaintiff's attorney, when a *copy* of a plea is received by him, is to take it for granted, that the *original* is on file.